1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  JUAN MARTINEZ,                    )    No. SACV 13-1349-SJO(CW)
                                      )
13              Petitioner,           )    JUDGMENT
                                      )
14       v.                           )
                                      )
15  CALIFORNIA BOARD OF              )
    PAROLE HEARINGS,                  )
16                                    )
                Respondent.           )
17  _____)

18

19       **IT IS ADJUDGED** that the petition for writ of habeas corpus is

20  denied and the action dismissed with prejudice.

21           October 22, 2014.

22  DATED: _____          S. James Otero

23                                           _____
                                                  S. JAMES OTERO
24                                           United States District Judge

25

26

27

28